IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

STEPHEN SCOTT HOLT                                              PLAINTIFF

v.                           CIVIL NO. 10-3044

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                  DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 11th day of May 2010:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* be granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of May 10, 2010. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 11 2010
CHRIS R. JOHNSON, CLERK
BY
   DEPUTY CLERK

/s/ J Marschewski

HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)